1  MEGHANN A. TRIPLETT (SBN 268005)
   *Meghann@MarguliesFaithLaw.com*
2  SAMUEL M. BOYAMIAN (SBN 316877)
   *Samuel@MarguliesFaithLaw.com*
3  **MARGULIES FAITH, LLP**
4  16030 Ventura Blvd., Suite 470
   Encino, California 91436
5  Telephone: (818) 705-2777
   Facsimile: (818) 705-3777

7  Attorneys for Jeremy W. Faith, Chapter 11 Plan Fiduciary

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:22-bk-11181-MB |
| NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC., | Chapter 11 (Subchapter V) |
| | Adv. No.: 1:24-ap-01053-MB |
| Debtor. | **PLAINTIFF'S UNILATERAL STATUS REPORT** |
| JEREMY W. FAITH, Chapter 11 Plan Fiduciary, | |
| Plaintiff, | **Status Conference:** |
| v. | Date: October 23, 2025 |
| | Time: 1:30 p.m. |
| RICHARD B. LIPPIN, an individual, | Place: U.S. Bankruptcy Court |
| | Courtroom 303 |
| Defendant. | 21041 Burbank Boulevard |
| | Woodland Hills, CA 91367 |

**A.    PLEADINGS/SERVICE**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims documents)?  **No**

2. Have all parties filed and served answers to the Claims Documents?  **No**

3. Have all motions addressed to the Claims Documents been resolved?  **No**

4. Have counsel met and conferred in compliance with LBR 7026-1?  **No**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES", please explain:  **See Section G Below.**

**B.     READINESS FOR TRIAL**

1. When will you be ready for trial in this case?  **N/A**
2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.  **N/A**
3. When do you expect to complete your discovery efforts?  **N/A**
4. What additional discovery do you require to prepare for trial?  **N/A**

**C.     TRIAL TIME**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage of applicable)?  **N/A**
2. How many witnesses do you intend to call at trial (including opposing parties)?  **N/A**
3. How many exhibits do you anticipate using at trial?  **N/A**

**D.     PRETRIAL CONFERENCE**

A pretrial conference is <u>not</u> requested for the following reason:  **See Section G.**

**E.     SETTLEMENT**

1. What is the status of settlement efforts?  **N/A**
2. Has this dispute been formally mediated?  **No**
3. Do you want this matter sent to mediation at this time?  **No**

**F.     FINAL JUDGMENT/ORDER**:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.  **Plaintiff consents. Defendant has not responded.  See Section G below.**

///
///
///
///
///

**G.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**:

Plaintiff has been working to obtain additional data and documents from NATPE's directors and officers and former counsel relevant to the Estate's claims to properly prepare the amended complaint.  Plaintiff is also exploring certain options with insurance counsel and requires additional time to address the disputed insurance coverage issues which cannot be resolved until after the filing of the First Amended Complaint (FAC). However, these efforts have been delayed due to various disputed turnover issues related to the recovery of NATPE's books and records, including from Mr. Lippin.  Plaintiff anticipates having a draft of the FAC completed within the next 10 days and will file a motion for leave to amend and to remove the dismissed defendant, The Lippin Group, Inc. from the case caption within the next 30-days.

Based on the foregoing, Plaintiff respectfully requests that the status conference hearing in this matter be continued for approximately 90 days to allow Plaintiff to file an amended complaint against Mr. Lippin.

DATED:  October 17, 2025                    **MARGULIES FAITH, LLP**

By: */s/ Meghann A. Triplett*
Meghann A. Triplett
Attorney for Plaintiff
Jeremy W. Faith, Chapter 11 Plan Fiduciary

3

## DECLARATION OF MEGHANN A. TRIPLETT

I, Meghann A. Triplett, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and before the United States District Court for the Central District of California. I am an attorney at the law firm of Margulies Faith, LLP, and am one of the attorneys responsible for the representation of Jeremy W. Faith, Chapter 11 Plan Fiduciary for National Association of Television Program Executives, Inc. ("NATPE" or "Debtor") and Plaintiff herein ("Plaintiff").

2. I make this Declaration in support of the Plaintiff's unilateral status report, to which this declaration is attached.

3. Since the filing of the Complaints, Plaintiff has reviewed additional evidence that strongly indicates that Mr. Lippin breached his fiduciary duties (as defined by Delaware law and NATPE's bylaws) owed to the Debtor as a director and board member and Plaintiff intends to file a first amended complaint against Mr. Lippin to include such claims.

4. Plaintiff has been working to obtain additional data and documents from NATPE's directors and officers and former counsel relevant to the Estate's claims to properly prepare the amended complaint. However, these efforts have been delayed due to various disputed turnover issues related to the recovery of NATPE's books and records, including from Mr. Lippin. Plaintiff anticipates having a draft of the FAC completed within the next 10 days and will file a motion for leave to amend within the next 30-days.

5. Plaintiff is also exploring certain options with insurance counsel and requires additional time to address the disputed insurance coverage issues which cannot be resolved until after the filing of the First Amended Complaint (FAC).

///

6.  Based on the foregoing, Plaintiff respectfully requests that the status conference hearing in this matter be continued for approximately 90 days to allow Plaintiff to file an amended complaint against Mr. Lippin and to remove the dismissed defendant, The Lippin Group, Inc. from the case caption.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct, and that this Declaration was executed on October 17, 2025, at San Luis Obispo, California.

*/s/ Meghann A. Triplett*
Meghann A. Triplett

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the documents entitled **PLAINTIFF'S UNILATERAL STATUS REPORT; DECLARATION OF MEGHANN A. TRIPLETT IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 17, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 17, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY:** Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24)
**DEFENDANT:** Richard B. Lippin, 10675-B Santa Monica Blvd., Los Angeles, CA 90025

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 17, 2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE

# ADDITIONAL SERVICE INFORMATION

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Samuel Mushegh Boyamian on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net

**Jonathan Serrano on behalf of Interested Party Courtesy NEF**
Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

**Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Meghann@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                  F 9013-3.1.PROOF.SERVICE