MEGHANN A. TRIPLETT (SBN 268005)
Meghann@MarguliesFaithLaw.com
JONATHAN SERRANO (SBN 333225)
Jonathan@MarguliesFaithLaw.com
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attorneys for Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC.,<br><br>                              Debtor. | Case No.: 1:22-bk-11181-MB<br><br>Chapter 11 (Subchapter V)<br><br>Adv. No.: 1:24-ap-01053-MB |
| JEREMY W. FAITH, Chapter 11 Plan Fiduciary,<br><br>                              Plaintiff,<br>v.<br><br>RICHARD B. LIPPIN, an individual,<br><br>                              Defendant. | **PLAINTIFF'S UNILATERAL STATUS REPORT AND REQUEST FOR CONTINUANCE**<br><br><u>Status Conference:</u><br>Date:    December 11, 2025<br>Time:   1:30 p.m.<br>Place:   Courtroom 303<br><br><u>Continued Status Conference Hearing</u>:<br>Date:  February 12, 2026<br>Time:  1:30 p.m.<br>Place: Courtroom 303<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

    **A.**    <u>**PLEADINGS/SERVICE**</u>

    1.    Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims documents)?  **No**

    2.    Have all parties filed and served answers to the Claims Documents?  **No**

    3.    Have all motions addressed to the Claims Documents been resolved?  **No**

    4.    Have counsel met and conferred in compliance with LBR 7026-1?  **No**

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES", please explain: **See Section G Below.**

**B.  READINESS FOR TRIAL**

1.  When will you be ready for trial in this case? **N/A**

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay. **N/A**

3.  When do you expect to complete your discovery efforts? **N/A**

4.  What additional discovery do you require to prepare for trial? **N/A**

**C.  TRIAL TIME**

1.  What is your estimate of the time required to present your side of the case at trial (including rebuttal stage of applicable)? **N/A**

2.  How many witnesses do you intend to call at trial (including opposing parties)? **N/A**

3.  How many exhibits do you anticipate using at trial? **N/A**

**D.  PRETRIAL CONFERENCE**

1.  A pretrial conference is <u>not</u> requested. **See Section G.**

**E.  SETTLEMENT**

1.  What is the status of settlement efforts? **N/A**

2.  Has this dispute been formally mediated? **No**

3.  Do you want this matter sent to mediation at this time? **No**

**F.  FINAL JUDGMENT/ORDER**:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent. **Plaintiff consents. Defendant has not responded.** *See* **Section G below.**

**G.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**:

Plaintiff intends to consolidate this adversary proceeding with the related pending adversary *Faith v. Bommel, et al.*, Adv. Case No. 1:24-ap-01055-MB (the "Bommel

2

Adversary"). Plaintiff also intends to add additional allegations against Mr. Lippin to that complaint which involve common questions of fact or law, and consolidation of the two actions will streamline proceedings and avoid duplication of effort and inconsistent rulings.

Subject to Bankruptcy Court approval, Plaintiff and the defendants in the Bommel Adversary have agreed (via stipulation) to a continuance of the December 11, 2025 status hearing to February 12, 2026, *inter alia*, to allow time to resolve ongoing turnover issues related to the recovery of NATPE's client file from its former counsel Peter Law Group which the Court has now ordered to be produced by December 15, 2025, and to address disputed insurance coverage issues, which cannot be resolved until after the filing of the first amended complaint. The parties have further agreed for Plaintiff to circulate his draft of the first amended complaint to the defendants in the Bommel Adversary by January 9, 2026. Absent an absent an agreement, Plaintiff will file his motion for leave to amend by January 22nd to be heard on regular notice on February 12, 2026.

In the interest of judicial economy, Plaintiff respectfully requests that the status conference hearing in this matter also be continued to February 12, 2026 at 1:30 p.m. concurrently with the status hearing and related dates in the Bommel Adversary.

DATED: December 9, 2025              **MARGULIES FAITH, LLP**

By: */s/ Meghann A. Triplett*
    Meghann A. Triplett
    Attorney for Plaintiff
    Jeremy W. Faith, Chapter 11 Plan Fiduciary

3

## DECLARATION OF MEGHANN A. TRIPLETT

I, Meghann A. Triplett, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and before the United States District Court for the Central District of California. I am an attorney at the law firm of Margulies Faith, LLP, and am one of the attorneys responsible for the representation of Jeremy W. Faith, Chapter 11 Plan Fiduciary for National Association of Television Program Executives, Inc. ("NATPE" or "Debtor") and Plaintiff herein ("Plaintiff").

2. I make this Declaration in support of the Plaintiff's unilateral status report, to which this declaration is attached.

3. Plaintiff intends to consolidate this adversary proceeding with the related pending adversary *Faith v. Bommel, et al.*, Adv. No. 1:24-ap-01055-MB (the "Bommel Adversary"). Plaintiff also intends to add additional allegations against Mr. Lippin to that complaint which involve common questions of fact or law, and consolidation of the two actions will streamline proceedings and avoid duplication of effort and inconsistent rulings.

4. Subject to Bankruptcy Court approval, Plaintiff and the defendants in the Bommel Adversary have agreed (via stipulation) to a continuance of the December 11, 2025 status hearing to February 12, 2026, *inter alia*, to allow time to resolve ongoing turnover issues related to the recovery of NATPE's client file from its former counsel Peter Law Group which the Court has now ordered to be produced by December 15, 2025, and to address disputed insurance coverage issues, which cannot be resolved until after the filing of the first amended complaint. The parties have further agreed for Plaintiff to circulate his draft of the first amended complaint to the Bommel Adversary defendants by January 9, 2026. Absent an absent an agreement, Plaintiff will file his motion for leave to amend by January 22nd to be heard on regular notice on February 12, 2026.

/ / /
/ / /
/ / /

5. In the interest of judicial economy, Plaintiff respectfully requests that the status conference hearing in this matter be continued to February 12, 2026 at 1:30 p.m. concurrently with the status hearing and related dates in the Bommel Adversary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct, and that this Declaration was executed on December 9, 2025, at San Luis Obispo, California.

*/s/ Meghann A. Triplett*
Meghann A. Triplett

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the documents entitled **PLAINTIFF'S UNILATERAL STATUS REPORT AND REQUEST FOR CONTINUANCE; DECLARATION OF MEGHANN A. TRIPLETT IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 9, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 9, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY:** Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24)
**DEFENDANT:** Richard B. Lippin, 10675-B Santa Monica Blvd., Los Angeles, CA 90025

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

# ADDITIONAL SERVICE INFORMATION

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

**Samuel Mushegh Boyamian on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net

**Jonathan Serrano on behalf of Interested Party Courtesy NEF**
Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

**Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Meghann@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.